FILED

02/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0016

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0016

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RILEY JOSEPH LANDWEHR,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion to voluntarily dismiss the appeal and good cause appearing,

IT IS HEREBY ORDERED that the above matter is DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 13 2023